IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT WITHERS, #229157, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:12cv214-WHA |
| | ) |
| KYLE HEARNS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On April 23, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The plaintiff's claims against the State of Alabama and the Alabama Department of Corrections are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

2. The State of Alabama and the Alabama Department of Corrections are DISMISSED as defendants in this cause of action.

3. This case, with respect to the allegations set forth against defendants Hearns, Moore and Mathis, are REFERRED back to the Magistrate Judge for appropriate proceedings.

Done this the 16th day of May, 2012.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE