IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT WITHERS,               )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>OFFICER KYLE HEARNS,          )<br>OFFICER CHRISTOPHER MOORE,    )<br>AND OFFICER GALEN MATHIS,     )<br>                              )<br>     Defendants.              ) | CIVIL ACTION NO.<br>2:12cv214-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Robert Withers, a state inmate, filed this lawsuit charging defendant-officers Kyle Hearns, Christopher Moore, and Galen Mathis with the use of excessive force.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that, after an evidentiary hearing, judgment should be entered in favor of Hearns, Moore, and Mathis and against Withers.  There are no objections to the recommendation.  After an independent and de novo review of the record,

including listening to the tapes of the evidentiary hearing before the magistrate judge, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2015.

                              /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE