IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT WITHERS,                )
                               )
    Plaintiff,                 )
                               )   CIVIL ACTION NO.
    v.                         )    2:12cv214-MHT
                               )        (WO)
OFFICER KYLE HEARNS,           )
OFFICER CHRISTOPHER MOORE,     )
AND OFFICER GALEN MATHIS,      )
                               )
    Defendants.                )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 43) is adopted.

(2) Judgment is entered in favor of defendants Kyle Hearns, Christopher Moore, and Galen Mathis and against plaintiff Robert Withers, with plaintiff Withers taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Withers, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of March, 2015.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE